FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2011 OCT 25 PM 1:37

CASE NO:

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

OCCUPY FORT MYERS, CINDY
BANYAI, STEPHANIE DARST,
CHRISTOPHER FAULKNER, F. FRANK
GUBASTA, ZACHARY KUHN, HILARY
MAINS, MATT MCDOWELL, MICHELLE
MEYER, LUIS OSPINA, RYAN POGUE,
FRANK PRATT, MARLENE ROBINSON,
and JUSTIN VALO,

2:11-cv-608-FtM-29DNF

**Plaintiffs,**

v.

**CITY OF FORT MYERS,**

**Defendant.**

_____/

## DECLARATION OF JENNIFER LUCAS KEESLER

Jennifer Lucas Keesler, being of full age, hereby declares the following under penalty of perjury:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am a member of the Florida Bar in good standing since 2009, and am admitted to practice before the U.S. District Courts for the Southern and Middle Districts of Florida.

3. I affirm that the municipal code sections cited in the Verified Complaint, and attached thereto as "Exhibit 6," are true copies of the Code of Ordinances, City of Fort Myers, Florida, which were downloaded from http://www.municode.com.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25 day of October, 2011.

_____
Jennifer Lucas Keesler