UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED
2011 OCT 25 PM 1:38
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

CASE NO: 2:11-cv-608-FtM-29DNF

OCCUPY FORT MYERS, CINDY BANYAI, STEPHANIE DARST, CHRISTOPHER FAULKNER, F. FRANK GUBASTA, ZACHARY KUHN, HILARY MAINS, MATT MCDOWELL, MICHELLE MEYER, LUIS OSPINA, RYAN POGUE, FRANK PRATT, MARLENE ROBINSON, and JUSTIN VALO,

Plaintiffs,

v.

CITY OF FORT MYERS,

Defendant.
_____/

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND REQUEST FOR HEARING**

Plaintiffs Occupy Fort Myers, Cindy Banyai, Stephanie Darst, Christopher Faulkner, F. Frank Gubasta, Zachary Kuhn, Hilary Mains, Matt McDowell, Michelle Meyer, Luis Ospina, Ryan Pogue, Frank Pratt, Marlene Robinson and Justin Valo, hereby move this Court for an order granting Plaintiffs' Motion for a Preliminary Injunction pursuant to *Fed. R. Civ. P. 65* and *M.D. Loc. R. 4.06*. The motion is made based on the following grounds:

1. Plaintiffs seek a Preliminary Injunction for the reasons set forth in the concurrently filed Verified Complaint and Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction, and attached Declarations and Exhibits.

2. Pursuant to *M.D. Loc. R. 4.06(a)*, Plaintiffs respectfully request that the Court grant a hearing on this matter on shortened time and set the matter for argument within fourteen (14) days. It is necessary for the Court to rule on this motion in an expedited fashion because of the imminent threat to First Amendment rights. Plaintiffs seek to continue to engage in lawful expressive activities in Centennial Park in Fort Myers, Florida, free from the fear of arrest or other penalty.

3. Plaintiffs' anticipated expressive activities fall squarely within the City of Fort Myer's unlawful permit scheme, and resolution by this Court as to the propriety of the subject prior restraint is essential. Without review and decision by this Court, Plaintiffs and others who intend to join with them in lawful protest will suffer immediate and irreparable injury to their First Amendment rights. Accordingly, Plaintiffs ask the Court to consider the application for a Preliminary Injunction.

Dated: October 25, 2011

Respectfully submitted,

Jennifer Lucas Keesler
FBN 67374
1136 NE Pine Island Rd., Suite 77
Cape Coral, FL 33991
Tel: (239) 240-5057
Jennifer@keeslerlaw.com