UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:11-CV-608-FTM-29DNF

**OCCUPY FORT MYERS, CINDY BANYAI, STEPHANIE DARST, CHRISTOPHER FAULKNER, F. FRANK GUBASTA, ZACHARY KUHN, HILARY MAINS, MATT MCDOWELL, MICHELLE MEYER, LUIS OSPINA, RYAN POGUE, FRANK PRATT, MARLENE ROBINSON, and JUSTIN VALO,**

        **Plaintiffs,**

v.

**CITY OF FORT MYERS,**

        **Defendant.**
_____/

## NOTICE OF FILING PROOF OF SERVICE

Plaintiffs, in accordance with *Fed. R. Civ. P.* 4(j), hereby file notice of Proof of Service on Defendant City of Fort Myers, effectuated on October 25, 2011, attached hereto as Exhibit 1.

Dated: October 26, 2011

        s/Jennifer Lucas Keesler
        Jennifer Lucas Keesler
        FBN 67374
        1136 NE Pine Island Rd., Suite 77
        Cape Coral, FL 33991
        Tel: (239) 240-5057
        Jennifer@keeslerlaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 26th day of October, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                   s/Jennifer Lucas Keesler
                                                                   Jennifer Lucas Keesler

**SERVICE LIST**

Grant Alley
Mark Moriarity
Fort Myers City Attorney's Office
2200 First Street
Fort Myers, FL 33901