UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OCCUPY FORT MYERS, CINDY BANYAI,
STEPHANIE DARST, CHRISTOPHER
FAULKNER, F. FRANK GUBASTA, ZACHARY
KUHN, HILARY MAINS, MATT McDOWELL,
MICHELLE MEYER, LUIS OSPINA, RYAN
POGUE, FRANK PRATT, MARLENE
ROBINSON, and JUSTIN VALO,

                Plaintiff,

vs.                        Case No.  2:11-cv-00608-FtM-29DNF

CITY OF FORT MYERS,

                Defendant.

_____

**ORDER**

On October 26, 2011, the plaintiffs filed a Notice of Filing Proof of Service (Doc. # 8) which indicates that the City of Fort Myers ("defendant") has been served with a copy of the summons, civil cover sheet, verified complaint, exhibits, and plaintiffs' emergency motion for a temporary restraining order.[1]  However, plaintiffs' proof of service does not indicate that defendant has been served with a copy of plaintiffs' Motion for Preliminary Injunction (Doc. # 4).  Accordingly, the Motion for Preliminary Injunction will remain under advisement and the Court will refrain

_____

[1]The Court notes that the plaintiffs' proof of service also indicates that the City of Fort Myers was served with a copy of an "order granting plaintiffs' motion for temporary restraining order." (Doc. # 8-1, p. 2.)  Plaintiffs' motion for temporary restraining order was denied.  (<u>See</u> Doc. # 7.)

from setting a hearing on the motion until such time that proof of service of the motion has been filed with this Court.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of October, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies: Counsel of record