IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OCCUPY FORT MYERS, CINDY
BANYAI, STEPHANIE DARST,
CHRISTOPER FAULKNER, F. FRANK
GUBISTA, ZACHARY KUHN, HILLARY
MAINS, MATT McDOWELL, MICHELLE
MEYER, LUIS OSPINA, RYAN POGUE,
FRANK PRATT, MARLENE ROBINSON,
and JUSTIN VALO,

               Plaintiffs,

vs.                                Case No. 2:11-cv-608-FtM-29DNF

CITY OF FORT MYERS,

               Defendant.
_____/

### DEFENDANT CITY OF FORT MYERS' MOTION SEEKING LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES AND MEMORANDUM OF LAW

     Defendant CITY OF FORT MYERS, by and through its undersigned counsel, pursuant to Rule 15(a), Federal Rules of Civil Procedure, moves this Honorable Court for leave to amend its answer and affirmative defenses.  Pursuant to Local Rule 3.01(g) the undersigned has conferred with counsel for Plaintiff, who has no objection to the filing of this motion.

     1.    Defendant CITY OF FORT MYERS filed its answer and affirmative defenses (DK # 53) to Plaintiff's amended complaint (DK #49) December 5, 2011.

     2.    On December 30, 2011 Plaintiff OCCUPY FORT MYERS filed a motion to strike Defendant's affirmative defenses numbers 5, 8, and 10 (DK #56).

3.      Defendant CITY OF FORT MYERS seeks leave to amend its answer and affirmative defenses by deleting affirmative defense number 10 contained therein, by adding an affirmative defense challenging Plaintiff's standing to bring suit, and by including a demand for jury trial.

4.      A Scheduling Order has not yet been issued in this case.

**WHEREFORE,** defendant CITY OF FORT MYERS respectfully requests this Honorable Court enter to an order granting Defendant CITY OF FORT MYERS leave to amend its answer and affirmative defenses to Plaintiff's amended complaint.

## MEMORANDUM OF LAW

In the Eleventh Circuit, district courts enjoy broad discretion in deciding how best to manage the cases before them.  See, e.g., Johnson v. Board of Regents of the University of Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).  Specifically, the trial court has great discretion in granting Defendant leave to amend its answer and affirmative defenses.

In Walters v. Altec Industries, Inc., 2003 WL 22012046 (M.D.Fla.) this Court stated, "Rule 15(a), Federal Rules of Civil Procedure, states that leave to amend a pleading "shall be freely given when justice so requires."  Also in Walters, this Court goes on to quote Foman v. Davis, 371 U.S. 178, 182 (1962) by stating:

> "In the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. the leave sought should, as the rules require, be 'freely given.'"

2

Defendant does not seek to cause undue delay, nor is the Defendant acting in bad faith or with a dilatory motive.  Should Defendant be granted leave to amend its answer and affirmative defenses, such amendment will not cause undue prejudice to Plaintiff. Therefore, Defendant CITY OF FORT MYERS requests this Honorable Court to enter an order granting Defendant leave to amend its answer and affirmative defenses in this cause.  Counsel for Plaintiff has indicated that she has no objection to such relief.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jennifer Lucas Keesler, Esquire
Attorney for Plaintiffs
At:   Jennifer@keeslerlaw.com

on this 10th day of January, 2012.

CITY OF FORT MYERS

__S//  Grant W. Alley_____
Grant Williams Alley, City Attorney
Florida Bar No. 0967386
City of Fort Myers
Post Office Box 2217
Fort Myers, Florida 33902
Telephone: (239) 321-7050
Facsimile:  (239) 344-5916
Email:  galley@cityftmyers.com

3