**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**OCCUPY FORT MYERS, CINDY BANYAI, STEPHANIE DARST, CHRISTOPHER FAULKNER, F. FRANK GUBASTA, ZACHARY KUHN, HILARY MAINS, MATT MCDOWELL, MICHELLE MEYER, LUIS OSPINA, RYAN POGUE, FRANK PRATT, MARLENE ROBINSON, and JUSTIN VALO,**

                Plaintiffs,

-vs-                                      Case No.  2:11-cv-608-FtM-29DNF

**CITY OF FORT MYERS,**

                Defendant.
_____/

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION SEEKING LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES (Doc. No. 59)** |
| **FILED:** | **January 10, 2012** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

The Defendant, City of Fort Myers is requesting leave to file an Amended Answer and Affirmative Defenses. The Plaintiffs do not object to the relief requested. Federal Rule of Civil Procedure 15(a)(2) provides that after a responsive pleading is served, "a party may amend its pleading

only with the opposing party's written consent or the court's leave. The Court should freely give leave when justice so requires." The decision whether to permit an amendment is within the sound discretion of the court, however, the Supreme Court has held that the words "leave shall be freely given" must be heeded. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962). Consequently, the Court must find a justifiable reason in denying a request for leave to amend. *Id*. "[T]he Supreme Court indicated that a court should deny leave to amend a pleading only when: (1) the amendment would be prejudicial to the opposing party, (2) there has been bad faith or undue delay on the part of the moving party, or (3) the amendment would be futile." *Taylor v. Florida State Fair Authority*, 875 F.Supp. 812 (M.D. Fla., 1995), citing *Foman*, 317 U.S. at 182, *See also*, *Carruthers v. BSA Advertising, Inc.*, 357 F.3d 1213, 1217 (11th Cir. 2004). The Court finds no justifiable reason not to allow the City of Fort Myers to file an Amended Answer and Affirmative Defenses.

**IT IS HEREBY ORDERED:**

1) Within fourteen (14) days from the date of this Order, the City of Fort Myers shall file its Amended Answer and Affirmative Defenses.

2) The Motion to Strike Defendant City of Fort Myers' Affirmative Defenses (Doc. 56) filed on December 30, 2012 is hereby **DENIED as moot.**

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this   11th   day of January, 2012.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record