```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

OCCUPY FORT MYERS, CINDY BANYAI, STEPHANIE DARST, CHRISTOPHER FAULKNER, F. FRANK GUBASTA, ZACHARY KUHN, HILARY MAINS, MATT MCDOWELL, MICHELLE MEYER, LUIS OSPINA, RYAN POGUE, FRANK PRATT, MARLENE ROBINSON, and JUSTIN VALO,

                Plaintiffs,

vs.                   Case No. 2:11-cv-608-FtM-29DNF

CITY OF FORT MYERS,

                Defendant.
_____

## OPINION AND ORDER

This matter comes before the Court on Defendant City of Fort Myers Motion to Extend Time to Respond to Plaintiffs' Motion for Final Partial Summary Judgment and Memorandum of Law (Doc. #66) filed on April 19, 2012. Plaintiffs filed a Response (Doc. #67) on April 29, 2012. For the reasons set forth below, the motion is granted.

On April 15, 2012, the plaintiffs filed a Partial Motion for Summary Judgment (Doc. #64). Therein, plaintiffs assert that they are entitled to a permanent injunction and declaration related to Counts One through Five of their six-count Amended Complaint (Doc. #49).

The City of Fort Myers (the City) contends that the motion for partial summary judgment is premature, and seeks a six month extension to file their reply so that discovery can be completed in this matter. Specifically, the City contends that in its Amended Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint (Doc. #62) it asserts that the "plaintiffs" lack standing as an unincorporated association to assert any claim.[1] The City also asserts that the motion for partial summary judgment raises factual issues on which little or no discovery has been conducted. Therefore, the City should be granted an extension of time to respond to the motion until November 5, 2012, the last day to file dispositive motions under the Case Management and Scheduling Order (Doc. #61).[2]

The partial motion for summary judgment raises the issue of standing and asserts that both the individual plaintiffs and Occupy Fort Myers have standing in this matter. The plaintiffs have not demonstrated that providing the defendant an extension of time to respond to the motion would result in prejudice.

Accordingly, it is now

---

[1] Defendant's argument ignores the fact that individual plaintiffs, in addition to the organizational plaintiff Occupy Fort Myers, are plaintiffs in this matter. Further, a review of the affirmative defenses reveals only a defense that plaintiff Occupy Fort Myers lacks standing. Defendant makes no assertion that the individual plaintiffs lack standing. (Doc. #62, pp. 8-9, ¶ 10.)

[2] The discovery cut-off date is October 9, 2012. (Doc. #61.)

**ORDERED:**

Defendant City of Fort Myers Motion to Extend Time to Respond to Plaintiffs' Motion for Final Partial Summary Judgment and Memorandum of Law (Doc. #66) is **GRANTED.** The City of Fort Myers shall file a response to Plaintiffs' Motion for Final Partial Summary Judgment (Doc. #64) **no later than November 5, 2012.**

**DONE AND ORDERED** at Fort Myers, Florida, this ⎯3rd⎯ day of May, 2012.

Copies:

Counsel of record

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
JOHN E. STEELE
United States District Judge