IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OCCUPY FORT MYERS, CINDY
BANYAI, STEPHANIE DARST,
CHRISTOPER FAULKNER, F. FRANK
GUBISTA, ZACHARY KUHN, HILLARY
MAINS, MATT McDOWELL, MICHELLE
MEYER, LUIS OSPINA, RYAN POGUE,
FRANK PRATT, MARLENE ROBINSON,
and JUSTIN VALO,

                   Plaintiffs,

vs.                                Case No. 2:11-cv-608-FtM-29DNF

CITY OF FORT MYERS,

                   Defendant.
_____/

**DEFENDANTS' NOTICE OF SERVICE
OF INTERROGATORIES TO PLAINTIFF OCCUPY FORT MYERS**

     **I HEREBY CERTIFY** that the original set of Interrogatories, numbered 1

through 19, directed to Plaintiff OCCUPY FORT MYERS and a true and correct copy of

the above and foregoing notice of service were furnished by regular U.S. mail to:

Jennifer Lucas Keesler, Esquire
Attorney for Plaintiffs
1136 NE Pine Island Road, Suite 77
Cape Coral, Florida 33909-2137
Jennifer@keeslerlaw.com

this 5th day of July, 2012.

**CITY OF FORT MYERS**
Counsel for City of Fort Myers


By: *Grant W. Alley*
    Grant Williams Alley
    City Attorney
    Florida Bar No. 0967386
    City of Fort Myers
    Post Office Box 2217
    Fort Myers, Florida 33902
    (239) 321-7050 Telephone
    (239) 344-5916 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OCCUPY FORT MYERS, CINDY
BANYAI, STEPHANIE DARST,
CHRISTOPER FAULKNER, F. FRANK
GUBISTA, ZACHARY KUHN, HILLARY
MAINS, MATT McDOWELL, MICHELLE
MEYER, LUIS OSPINA, RYAN POGUE,
FRANK PRATT, MARLENE ROBINSON,
and JUSTIN VALO,

           Plaintiffs,

vs.                                  Case No. 2:11-cv-608-FtM-29DNF

CITY OF FORT MYERS,

           Defendant.

_____/

## INTERROGATORIES TO PLAINTIFF

Defendant, City of Fort Myers, propounds herein the following Interrogatories, numbered 1 through 19, upon Plaintiff, OCCUPY FORT MYERS, pursuant to Rule 33, Fed. R. Civ. P., requiring said Plaintiff to answer said Interrogatories separately and to serve a copy of said Answers upon Defendant, City of Fort Myers, within the time period specified by said Rules of Civil Procedure.

The following definitions are applicable to your answers:

        A.      "You" or "your" means Plaintiff, his agents, representatives, officers, directors, stockholders, and all other persons acting on behalf of Plaintiff.

        B.      "Person" means an individual, corporation, partnership, joint venture group, association, body politic, governmental unit or agency, or other organization.

        C.      "To identify a person" or similar language means to state the name of

such person, his last known address, telephone number, last known place of employment including address, and job title, if known; and

      D.     "Document" means any letter, telegram, memoranda, report, study, computer disk or tape, photograph or other graphic depiction, list, compilation, or other written or recorded matter containing information or data.

## **INTERROGATORIES TO PLAINTIFF**

1.      What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with Occupy Fort Myers, the party to whom the interrogatories are directed?

2.      When and by whom was the unincorporated association known as Occupy Fort Myers founded?

3.      What are the names, business addresses, and beginning and end dates of membership for all members and the name of the person who maintains this membership list (electronic, written, or otherwise) of Occupy Fort Myers?

4.      Who are the officers, directors, or persons otherwise authorized by the membership to take action on behalf of Occupy Fort Myers and when was this authorization ratified or otherwise approved by the membership?

5.      Please list the purpose or written mission statement of Occupy Fort Myers; who formulated, memorialized, or drafted this purpose or mission statement; and when this purpose or written mission statement was ratified by the members or founders of Occupy Fort Myers?

6.      When and how often does Occupy Fort Myers conduct regular meetings, and are there written articles, by-laws or other governing documents that regulate the activities or meetings of Occupy Fort Myers?

7.      If Occupy Fort Myers utilizes sub-committees or other distinct components, teams or sub-units, please identify any applicable components, its members, the date it was formed, and the person or persons who authorized the creation of the sub-unit.

8.      Describe in detail the media coverage (television, newspaper, on-line media, or other) received by Occupy Fort Myers regarding the actions described in the complaint, including the publication date, time, specific newscast, article or applicable identifying title, and the organization or media source publicizing or making information public about the Occupy Fort Myers movement..

9.      Specifically identifying the dates and duration each day for each person identified, which members of Occupy Fort Myers participated in the "occupation" of Centennial Park in Fort Myers and what dates and times they were there?

10.     Which members of Occupy Fort Myers erected tents in Centennial Park during the events identified in the complaint? Please identify the dates and duration each member stayed in a tent at Centennial Park.

11.     List each item of expense or damage, that you claim to have incurred as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address to whom each was paid or is owed, and the goods or services for which each was incurred.

12.     Do you contend that there has been any lost income, monetary benefits, or other non-monetary benefits in the past or future as a result of the incident described in the complaint?  If so, state the nature of the income, monetary benefits, or non-monetary benefits, and the amount and the method that you used in computing the amount.

13.     Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories?  If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

14.     Who makes decisions on behalf of Occupy Fort Myers, and when and by what means has that authority been granted?

15.     Does the membership of Fort Myers have voting rights within the organization?  If the answer is "yes," please describe in detail the subject matter, date, and resulting decision or position reached in any votes conducted within the last five (5) years, along with an indication of the number of votes for and the number of votes against the pertinent issue.

16.     List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

17.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

18.     State the name and address of every person known to you, your agents or attorneys, who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, video tape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

19.     What is the specific First Amendment-protected action, language, speech, and message – symbolic or otherwise - that you claim the City of Fort Myers stifled, chilled, or prevented you from expressing?

By:_____

    OCCUPY FORT MYERS

    Representative

STATE OF FLORIDA

COUNTY OF LEE

    **BEFORE ME,** the undersigned authority, on this day personally appeared

_____, who after being by me first duly sworn, deposes and says

that he/she is the person who answered the foregoing Interrogatories, and duly

acknowledged and swore or affirmed before me that all of said Interrogatories were

answered truthfully and completely to the best of his/her knowledge and ability.

_____ is personally known to me or has produced

_____ as identification.

    **SWORN TO AND SUBSCRIBED** before me this _____ day of

_____ 2012.

                                 _____

                                 Notary Public

My commission expires: