# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

CASE NO: 2:11-CV-00608-JES-DNF

**OCCUPY FORT MYERS, CINDY
BANYAI, STEPHANIE DARST,
CHRISTOPHER FAULKNER, F. FRANK
GUBASTA, ZACHARY KUHN, HILARY
MAINS, MATT MCDOWELL, MICHELLE
MEYER, LUIS OSPINA, RYAN POGUE,
FRANK PRATT, MARLENE ROBINSON,
and JUSTIN VALO,**

     **Plaintiffs,**

v.

**CITY OF FORT MYERS,**

     **Defendant.**

_____/

## DECLARATION OF JEREMY WALKER

JEREMY WALKER, being of full age, hereby declares the following under penalty of perjury:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am a resident of Lee County, Florida.

3. I have actively participated with Occupy Fort Myers since its inception. My participation includes attending rallies, organizational meeting, general assemblies, marches and other Occupy events. I have engaged in dialogue regarding the nature and reform of our system of government with other members of Occupy Fort Myers, as well as with member of the general public on public streets, in public parks and in other public spaces in the City of Fort Myers.

4.      Through my participation with Occupy Fort Myers, I have spoken with many individuals who are concerned about the effect the present litigation will have on their participation in Occupy Fort Myers' events.

5.      Specifically, after the Fort Myers Police Department ("FMPD") actions against Occupy Fort Myers members in Centennial Park in the Autumn of 2011, and after the arrests of several individual who are vocal in support of Occupy Fort Myers–including arrests that occurred after police surveillance of Facebook pages and peaceful protest activity–by FMPD, from November, 2011 through February, 2012, individuals who have attended Occupy events have discussed with me their fears of police reprisal should anonymous Occupy members be identified to the Fort Myers Police Department.

6.      Both donations to and participation in Occupy Fort Myers has decreased since the increased FMPD and government intrusion into Occupy Fort Myers events.

7.      The fear of government intrusion into the personal and political lives of Occupy participants is a real threat. Recent reports have shown that the FBI and Department of Homeland Security has been monitoring Occupy groups across the country, including monitoring social media activity,[1] as well as coordinating with local governments to control Occupy movements.[2]

8.      I am confident that if the names and addresses of individuals associated with Occupy Fort Myers were to be shared with the City of Fort Myers, the real risk of government intrusion into the lives of the members would cause significant chilling of the speech of Occupy participants.

---

[1] See
http://www.rollingstone.com/politics/blogs/national-affairs/exclusive-homeland-security-kept-tabs-on-occupy-wall-street-20120228.

[2] See
http://www.justiceonline.org/commentary/pcjf-obtains-more-heavily-redacted-documents.html

occurred during Occupy Fort Myers' General Assembly meetings were to be shared with the City of Fort Myers, the real risk of government intrusion into the political beliefs and views of the Occupy participants would chill their speech and their association activity.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___7___ day of August, 2012.

_____
Jeremy Walker