UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:11-CV-00608-JES-DNF

OCCUPY FORT MYERS, CINDY
BANYAI, STEPHANIE DARST,
CHRISTOPHER FAULKNER, F. FRANK
GUBASTA, ZACHARY KUHN, HILARY
MAINS, MATT MCDOWELL, MICHELLE
MEYER, LUIS OSPINA, RYAN POGUE,
FRANK PRATT, MARLENE ROBINSON,
and JUSTIN VALO,

        Plaintiffs,

v.

CITY OF FORT MYERS,

        Defendant.

## DECLARATION OF CHRIS FAULKNER

CHRIS FAULKNER, being of full age, hereby declares the following under penalty of perjury:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am a resident of Lee County, Florida.

3. I have actively participated with Occupy Fort Myers since the fall of 2011. My participation includes attending rallies, general assemblies, marches and other events.

4. On July 6, 2012, I received a set of 25 written discovery questions from the City of

Fort Myers. The questions include asking me to "name names" of other Occupy participants who are not plaintiffs in the present lawsuit.

5. Specifically, the City asks me to discuss the substance of votes taken during General Assemblies, asks for contact information for anonymous "members" of Occupy Fort Myers, and asks me to name other individuals who participated in specific First Amendment-protected activity in Centennial Park in the fall of 2011.

6. I fear government intrusion into the personal and political lives of Occupy participants, and I fear further government intrusion into my personal and political beliefs based on responses to these questions. My fear into further government intrusion is real. During the fall of 2011, members of Fort Myers Police Department ("FMPD") were monitoring my movements around downtown Fort Myers, including following me and fellow demonstrators to local establishments. In addition, recent reports have shown that the FBI and Department of Homeland Security has been monitoring Occupy groups across the country.

7. I am confident that if the names and addresses of individuals associated with Occupy Fort Myers were to be shared with the City of Fort Myers, the real risk of government intrusion into the lives of the members would cause significant chilling of the speech of Occupy participants.

8. Furthermore, the government intrusion into my political beliefs and views has chilled my speech and associational activities, and will continue to do so.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6 day of August, 2012.

_____
Chris Faulkner